IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-23598-CMB |
| | : | Chapter 13 |
| Andrew W. Ryan | : | |
| Debtor | : | Related to Document No. |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK of the United States Bankruptcy Court:

1. Please be advised that the Debtor, Andrew W. Ryan, is no longer receiving mail at the following address:

    595 Duncan Ave.

    Washington, PA 15301

2. The new mailing address of the Debtor is:

    800 Alamae Lakes Road

    Washington, PA 15301

**WHEREFORE,** the Debtor requests that the Clerk update the Debtor's address.

Respectfully submitted,

Dated: August 3, 2020

/s/Matthew M. Brennan, Esq.
Matthew M. Brennan
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
PA ID No. 90195
412-414-9366
attorneymatthewbrennan@gmail.com