IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-23598-CMB |
| | : | Chapter 13 |
| Andrew W. Ryan | : | Doc No. ___ |
|    Debtor | : | |
| | : | Response Due: April 29th, 2021 |
| | : | Hearing Date: May 11th, 2021 |
| Christina Gouzd | : | at 2:30 PM |
|    Applicant | : | |
|         v. | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| Discover Bank, Wells Fargo Bank, N.A., Fifth | : | |
| Third Bank, Portfolio Recovery Associates, LLC: | | |
| Navient Solutions, LLC, PNC Bank NA, | : | |
| Freedom Mortgage Corporation | : | |
|    Respondents | : | |

**CERTIFICATION OF NO OBJECTION ON DEBTOR'S APPLICATION TO RETAIN REAL ESTATE BROKER**

The undersigned hereby certifies, as of the date hereof, no Motion, Answer, or other responsive pleading to the application filed on **April 12, 2021** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no Motion, Answer, or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, a Motion or Answer to the application were to be filed and served no later than **April 29, 2021.**

It is hereby respectfully requested that the Order to the Motion be entered by the Court.

Executed on: May 1, 2021

                                              By:   /s/Matthew M. Brennan, Esq.
                                                        Matthew M. Brennan
                                                        201 S. Highland Avenue, Suite 201
                                                        Pittsburgh, PA 15206
                                                        PA ID No. 90195
                                                        412-414-9366
                                                        attorneymatthewbrennan@gmail.com