## PUBLISHER'S CERTIFICATE

I, _Bea Charnoplosky_,
Classified Manager of THE EXPONENT TELEGRAM, a newspaper of general circulation published in the city of Clarksburg, County and state aforesaid, do hereby certify that the annexed:

**Bankruptcy No. 17-23598-CMB**

was published in THE EXPONENT-TELEGRAM 1 time(s) commencing on 06/12/2021 and ending on 06/12/2021 at the request of

**MATTHEW BRENNAN.**

Given under my hand this 06/14/21.

The publisher's fee for said publication is: $79.96.

_Bea Charnoplosky_
Classified Manager of The Exponent-Telegram

Subscribed to and sworn to before me this 06/14/21

_Racheal Plaugher_
Notary Public in and for Harrison County, WV

OFFICIAL SEAL
Notary Public, State of West Virginia
Racheal Plaugher
WV News
324 Hewes Ave.
Clarksburg, WV 26301
My Commission Expires February 27, 2025

My commission expires on

The __27__ day of __February__ 20 __25__

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : Bankruptcy No. 17-23598-CMB
Andrew W. Ryan :
Debtor : Chapter 13
: Related to Document No.
Andrew W. Ryan ;and Ronda J. Winnecour, Esq. (Trustee) :
Movants :
Response June 21st, 2021 :
Hearing: June 29th, 2021
v. : at 1:30 P.M.
Discover Bank, Wells Fargo Bank, N.A., Fifth :
Third Bank, Portfolio Recovery Associates, LLC:
Navient Solutions, LLC, PNC Bank NA, :
Freedom Mortgage Corporation :
Respondents :

NOTICE OF HEARING AND RESPONSE DEADLINE ON DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL MORTGAGES, LIENS, AND ENCUMBRANCES TO THE CREDITORS AND PARTIES IN INTEREST OF THE ABOVE-NAMED DEBTOR:

Notice is hereby given that a Motion for Sale of Real Property Free and Clear of All Mortgages, Liens, and Encumbarances has been filed in the above referenced case by the Debtor/Movant Andrew W. Ryan for the following property: 1338 Jo Harry Drive, Fairmont, WV 26554-3562, to buyer Anita D. Whitehair at the address 110 Parkview Drive, Apartment 104, Bridgeport, WV 26330 for $165,100.00 ($169,900.00 minus $4,800.00 in buyer's assistance), according to the terms set forth in the Motion for Sale. Any offers exceeding $165,100.00 shall be considered the higher/better offer.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than June 21, 2021 (i.e seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge, as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify is a default order was signed, or if the hearing will go forward as scheduled.

You should take this Notice and Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on June 29th, 2021, at 1:30 p.m. before Judge Bohm via the Zoom Video Conference Application ("Zoom"), at which time higher/better offers will be considered and objections to the sale will be considered. To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time:

regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov./sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.

Only ten minutes is being provided calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Arrangements for inspection prior to said sale hearing may be made with:

Christina Gouzd
Keystone Realty Group
2600 Middletown Commons Suite 221
Fairmont, WV 26554
Date of Service: June 3, 2021

By: /s/Matthew M. Brennan, Esq.
Matthew M. Brennan
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
PA ID No. 90195
412-414-9366
attorneymatthewbrennan@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Andrew W. Ryan, Debtor
Andrew W. Ryan and Ronda J. Winnecour, Esq. (Trustee), Movants
v.
Discover Bank, Wells Fargo Bank, N.A., Fifth Third Bank, Portfolio Recovery Associates, LLC Navient Solutions, LLC, PNC Bank NA, Freedom Mortgage Corporation, Respondents

Bankruptcy No. 17-23598-CMB
Chapter 13
Related to Document No.
Response June 21st, 2021
Hearing: June 29th, 2021 at 1:30 P.M.

**NOTICE OF HEARING AND RESPONSE DEADLINE ON DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL MORTGAGES, LIENS, AND ENCUMBRANCES TO THE CREDITORS AND PARTIES IN INTEREST OF THE ABOVE-NAMED DEBTOR:**

Notice is hereby given that a Motion for Sale of Real Property Free and Clear of All Mortgages, Liens, and Encumbarances has been filed in the above referenced case by the Debtor/Movant Andrew W. Ryan for the following property: 1338 Jo Harry Drive, Fairmont, WV 26554-3562, to buyer Anita D. Whitehair at the address 110 Parkview Drive, Apartment 104, Bridgeport, WV 26330 for $165,100.00 ($169,900.00 minus $4,800.00 in buyer's assistance), according to the terms set forth in the Motion for Sale. Any offers exceeding $165,100.00 shall be considered the higher/better offer.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than June 21, 2021 (i.e seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge, as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify is a default order was signed, or if the hearing will go forward as scheduled.

You should take this Notice and Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on June 29th, 2021, at 1:30 p.m. before Judge Bohm via the Zoom Video Conference Application ("Zoom"), at which time higher/better offers will be considered and objections to the sale will be considered. To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoom.gov/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov./sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Arrangements for inspection prior to said sale hearing may be made with:
Christina Gouzd
Keystone Realty Group
2600 Middletown Commons Suite 221
Fairmont, WV 26554
Date of Service: June 3, 2021

By: /s/Matthew M. Brennan, Esq.
Matthew M. Brennan
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
PA ID No. 90195
412-414-9366
attorneymatthewbrennan@gmail.com

Times: June 10, 2021

## AFFIDAVIT OF PUBLICATION

State of West Virginia

County of Marion

To-wit:

I, Beverly Miller of the Times West Virginian, a daily newpaper published in the City of Fairmont, Marion County, West Virginia, do certify that the notice attached hereto under the caption; NOTICE OF BANKRUPTCY was published in the said Times West Virginian Newspaper 1 (ONE) TIME(S) on the following day (s), namely, JUNE 10 in the year 2021

Publication Fee: $89.91

Signature: _Bmiller_

Taken, subscribed and sworn to before me in said county this 17th day of JUNE, 2021.

My commission expires AUGUST 16, 2021.

_Catherine Morrison_
Notary Public of Marion County, West Virginia

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Catherine Morrison
Times West Virginian
PO Box 2530, Fairmont, WV 26555
My Commission Expires August 16, 2021

## Active Sale Items

| Sale Hearing Date | Sale Item Desc. | Item Status |
|---|---|---|
| 06/29/2021 | 1338 Jo Harry Drive, Fairmont, WV 26554-3562 | Active |