# PROCEEDING MEMO

**Date: 06/29/2021 01:30 pm**

**In re:   Andrew W. Ryan**

                                                              Bankruptcy No. 17-23598-CMB
                                                              Chapter: 13
                                                              Doc. # 49

**Appearances: James Warmbrodt, Matthew M. Brennan**

**Nature of Proceeding: #49 Motion To Sell Real Property Free and Clear of All Mortgages, Liens, And Encumbrances**

**Additional Pleadings: #46 Default Order Signed 05/03/2021 Granting Application To Employ Christina Gouzd as Realtor**
                        **#54 Proof of Publication**

**Judge's Notes: Sale Listed on EASI**

-Brennan: Offer is from Anita Whitehair for $165,100.00. Sale was properly advertised. Notice was proper. No other potential buyers have come forward. Freedom Mortgage is the only lien holder.
OUTCOME:
-There were no objections to the sale and no other interested buyers present. There were no higher or better offers.
-Court finds Anita Whitehair to be a good-faith purchaser. Sale complies with the standards set forth in *In re Abbotts Dairies*. Sale is confirmed.
-Attorney Brennan to file a revised proposed order on or before 7/2. Order shall include language that the only lien being paid and divested is Freedom Mortgage's lien. All other entities shall be removed from the proposed order. Attorney Brennan shall serve all creditors with the signed order and file a certificate of service.

                                                               **Carlota Böhm**
                                                               **Chief U.S. Bankruptcy Judge**

                                                               FILED
                                                               6/29/21 3:01 pm
                                                               CLERK
                                                               U.S. BANKRUPTCY
                                                               COURT - WDPA