IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-23598-CMB |
| Andrew W. Ryan | : | |
|     Debtor | : | Chapter 13 |
| | : | Related to Document No. 60 |
| Andrew W. Ryan | : | |
| and Ronda J. Winnecour, Esq. (Trustee) | : | |
|     Movants | : | |
| | : | |
|                   v. | : | |
| Discover Bank, Wells Fargo Bank, N.A., Fifth | : | |
| Third Bank, Portfolio Recovery Associates, LLC, | : | |
| Navient Solutions, LLC, PNC Bank NA, | : | |
| Freedom Mortgage Corporation | : | |
|     Respondents | : | |

**ORDER ON MOTION TO EXTEND DEADLINE FOR CLOSING ON DEBTOR'S MOTION TO SELL REAL ESTATE FREE AND CLEAR OF ALL MORTGAGES, LIENS, AND ENCUMBANCES**

AND NOW, this _____26th_____ day of __July__, 2021, upon consideration of the Motion to Extend Deadline for Closing on Debtor's Motion to Sell Real Estate Free and Clear of All Mortgages, Liens, and Encumbrances, is hereby granted and the Debtor shall have until August 31, 2021 to execute the sale:

FILED
7/26/21 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmk
_____
Honorable Carlota Bohm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23598-CMB |
| Andrew W. Ryan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 1 |
| Date Rcvd: Jul 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

**Recip ID         Recipient Name and Address**
db            +  Andrew W. Ryan, 800 Alamae Lakes Road, Washington, PA 15301-9151

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 28, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

**Name                              Email Address**

Brian Nicholas
                                    on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

Mario J. Hanyon
                                    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew M. Brennan
                                    on behalf of Debtor Andrew W. Ryan attorneymatthewbrennan@gmail.com

Office of the United States Trustee
                                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                    cmecf@chapter13trusteewdpa.com

TOTAL: 5