**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  ANDREW W. RYAN | Case No. 17-23598CMB |
|       Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>ANDREW W. RYAN | Chapter 13<br><br>Document No. 65 |
|     Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 20th day of August, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Consol Energy
> Attn: Payroll Manager
> 1000 Consol Energy Dr
> Canonsburg, PA 15317

is hereby ordered to immediately terminate the attachment of the wages of ANDREW W. RYAN, social security number XXX-XX-7680. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANDREW W. RYAN.

_Carlota M. Böhm_ glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/20/21 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23598-CMB
Andrew W. Ryan     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: gamr | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrew W. Ryan, 800 Alamae Lakes Road, Washington, PA 15301-9151 |
| | + Consol Energy, Attn: Payroll Manager, 1000 Consol Energy Dr, Canonsburg, PA 15317-6506 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew M. Brennan | on behalf of Debtor Andrew W. Ryan attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2      User: gamr      Page 2 of 2
Date Rcvd: Aug 20, 2021      Form ID: pdf900      Total Noticed: 2
TOTAL: 5