**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANDREW W. RYAN<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>       vs.<br>No Respondents. | Case No.:17-23598<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/07/2017 and confirmed on 10/20/17. The case was subsequently     Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 135,171.91 |
| Less Refunds to Debtor | 20,109.49 | |
| TOTAL AMOUNT OF PLAN FUND | | 115,062.42 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 5,625.77 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,625.77 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORP<br>  Acct: 9962 | 44,944.76 | 44,944.76 | 0.00 | 44,944.76 |
|   FREEDOM MORTGAGE CORP<br>  Acct: 9962 | 5,269.11 | 5,269.11 | 0.00 | 5,269.11 |
|   PNC BANK NA<br>  Acct: 7008 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO BANK NA D/B/A WELLS FA<br>  Acct: 9890 | 0.00 | 40,514.18 | 0.00 | 40,514.18 |
|   WELLS FARGO BANK NA D/B/A WELLS FA<br>  Acct: 9890 | 2,492.28 | 2,492.28 | 0.00 | 2,492.28 |
| | | | | 93,220.33 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ANDREW W. RYAN<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ANDREW W. RYAN<br>  Acct: | 2,196.00 | 2,196.00 | 0.00 | 0.00 |
|   ANDREW W. RYAN<br>  Acct: | 17,913.49 | 17,913.49 | 0.00 | 0.00 |
|   MATTHEW M BRENNAN ESQ<br>  Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O US DEPA<br>  Acct: 7680 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO BANK NA<br>  Acct: 0519 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PNC BANK NA++<br>  Acct: 7680 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO BANK NA<br>  Acct: 0926 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 968.25 | 968.25 | 0.00 | 968.25 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7927 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2195 | | | | |
|   DISCOVER BANK(*) | 5,596.02 | 5,596.02 | 0.00 | 5,596.02 |
| Acct: 0103 | | | | |
|   FIFTH THIRD BANK | 6,114.89 | 6,114.89 | 0.00 | 6,114.89 |
| Acct: 6988 | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3109 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 537.16 | 537.16 | 0.00 | 537.16 |
| Acct: 6776 | | | | |
|   WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4594 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6776 | | | | |
|   MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6407 | | | | |
|   WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4593 | | | | |
|   WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4594 | | | | |
| | | | | 13,216.32 |

TOTAL PAID TO CREDITORS                                                                                                       106,436.65

TOTAL CLAIMED
PRIORITY            0.00
SECURED       52,706.15
UNSECURED     13,216.32

Date: 10/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   ANDREW W. RYAN<br><br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>        vs.<br>   No Repondents. | Case No.:17-23598<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                   BY THE COURT:

                                                                                   _____

                                                                                   U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrew W. Ryan  
    Debtor

Case No. 17-23598-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2  
Date Rcvd: Oct 26, 2021      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew W. Ryan, 800 Alamae Lakes Road, Washington, PA 15301-9151 |
| r | + | Christina Gouzd, 2600 Middletown Commons, Suite 221, Fairmont, WV 26554-0168 |
| 14700726 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15323569 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14688696 | | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14758077 | #+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |
| 14754597 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 14704541 | | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14698084 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, Mac F8235-02F, Des Moines, IA 50306-0438 |
| 14688700 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 14688701 | + | Wells Fargo Education Fncl Srvs, Attn: Bankruptcy, Po Box 5185, Sioux Falls, SD 57117-5185 |
| 14688703 | + | Weltweinreis, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14688690 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2021 23:47:19 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14688692 | + | Email/Text: mediamanagers@clientservices.com | Oct 26 2021 23:35:00 | Client Services, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 14688693 | + | Email/PDF: pa_dc_ed@navient.com | Oct 26 2021 23:47:31 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14693116 | | Email/Text: mrdiscen@discover.com | Oct 26 2021 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14688694 | + | Email/Text: mrdiscen@discover.com | Oct 26 2021 23:35:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14688695 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 26 2021 23:36:00 | Fifth Third Bank, Attn: Bankruptch Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 14688691 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 26 2021 23:47:28 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14728693 | | Email/PDF: pa_dc_claims@navient.com | Oct 26 2021 23:47:31 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14743837 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: gamr | | Page 2 of 2 |
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 26 2021 23:35:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14688697 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Oct 26 2021 23:35:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14688698 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 26 2021 23:47:32 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 14689568 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Oct 26 2021 23:47:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14688702 | | Email/Text: BKRMailOps@weltman.com | | |
| | | | Oct 26 2021 23:36:00 | Weltman, Weinberg & Reis, 3705 Marlene Drive, Grove City, OH 43123-8895 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RoundPoint Mortgage Servicing Corporation |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14704305 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14688699 | ##+ | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2021            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew M. Brennan | on behalf of Debtor Andrew W. Ryan attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5